*E-Filed 5/27/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOSTENES MURGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA'S WHOLESALE LENDER, INC.; COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; and RECONTRUST COMPANY, N.A.,<br><br>　　　　Defendants.<br>_____/ | No. 5:09 CV 1383 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　Defendants Countrywide Home Loans, Inc., and Recontrust Company, N.A. have filed a motion to dismiss, docket [8], in the above-captioned matter, which is noticed for hearing on June 17, 2009 at 9:30 a.m.

　　All parties are directed to file their consents or declinations to magistrate jurisdiction no later than **June 5, 2009**.

CASE NO. 5:09 CV 1383 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

1    IT IS SO ORDERED.

2

3  Dated:   5/27/09

_____
4                                                RICHARD SEEBORG
   UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 1383 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2